UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BERNARD LEWIS,

                                    Plaintiff,

                    -against-

ALBERT ANTHONY HATEM ESQ., LEON
SIMON, GRACE EDWARD-SIMON, SOPHIA L.
TROTT ESQ., NORMA EDWARDS, URY
ABRAHAM LEID ESQ., ASHLEY MANCINI, and
STATEWIDE ABASTRACT CORP,

                                    Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/20

**ORDER**

**19-CV-6446 (GBD) (KHP)**

Plaintiff appears to have never properly served Defendant Mancini. A summons was issued on July 11, 2019. Thereafter, a process server attempted service on Mancini at an address in Woodbury, Connecticut six times. On October 11, 2019, on the seventh try, the process server posted the summons and complaint on the door of the home where Mancini supposedly resided. (ECF No. 34) On November 8, 2019, Mancini wrote to this Court to notify it that the Plaintiff was not reaching the correct Ashley Mancini. (ECF No. 42.) Plaintiff has not responded to that letter or provided any basis for his belief that the Ashley Mancini named in the Complaint, who allegedly acted as a process server in connection with one filing in state court, in fact resides in Woodbury, Connecticut. Nor is it clear whether this Court has personal jurisdiction over Mancini insofar as she apparently lives in Connecticut.

**Accordingly, this Court orders Plaintiff to file an affidavit with this Court setting forth facts supporting his basis for believing that the Ashley Mancini he served is the process server he has named as a defendant in this action. The affidavit shall by filed by no later than**

**February 28, 2019.**  A failure to comply with this Order will result in this Court's

recommendation that the claim against Ms. Mancini be dismissed.

      **SO ORDERED.**

DATED:      New York, New York
              January 27, 2020

                                   KATHARINE H. PARKER
                                   United States Magistrate Judge