UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARD LEWIS,

                      Plaintiff,

      -against-

SOPHIA L. TROTT, ESQ.; URY ABRAHAM
LEID, ESQ,; and ASHLEY MANCINI,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020

19 **CIVIL** 6446 (GBD)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 18, 2020, Magistrate Judge Parker's Reports are ADOPTED. Defendant Leid's motion to dismiss for failure to state a claim, is GRANTED. Claims against Defendants Trott and Mancini are dismissed sua sponte; accordingly, this case is closed.

**Dated:**  New York, New York

       August 18, 2020

                                             **RUBY J. KRAJICK**
                                              **Clerk of Court**

              **BY:**

                                              **Deputy Clerk**